IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEN FORD d/b/a
Ford Enterprises                                                                PLAINTIFF

v.                          No. 4:19-cv-428-DPM

SERIF CICA                                                                       DEFENDANT

ORDER

Unopposed motion to dismiss, *Doc. 14*, granted.  The Court will dismiss the case with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 May 2020