IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEN FORD d/b/a
Ford Enterprises                                                PLAINTIFF

v.                        No. 4:19-cv-428-DPM

SERIF CICA                                                      DEFENDANT

## JUDGMENT

Ken Ford's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2020